1  **RANDY RUMPH** (SBN: 232235)
   1401 – 19TH STREET, SUITE 200
2  BAKERSFIELD, CALIFORNIA 93301
   PHONE: (661) 322-4600
3
   ATTORNEY FOR PLAINTIFF SALLY MONTES
4

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIA "SALLY" MONTES, an individual, | CASE NO. 1:13-CV-01722-AWI-JLT |
| PLAINTIFF, | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| v. | |
| SAN JOAQUIN COMMUNITY HOSPITAL; YVONNE SANDZA DOES 1 through 100, | |
| DEFENDANTS. | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear its own costs and attorneys' fees.

DATED: November 24, 2014         /s/ Randy Rumph
                                 **RANDY RUMPH** (as authorized on 11/20/14)
                                 ATTORNEY FOR PLAINTIFF


                                 SEYFARTH SHAW

                            By:  /s/ Dana Lipman
                                 **DANA LIPMAN**
                                 ATTORNEYS FOR DEFENDANT

1

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

18598055v.1

**ORDER**

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, 41(a)(1).

IT IS SO ORDERED.

Dated:   November 25, 2014          _____
                                    SENIOR DISTRICT JUDGE